UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Julie Delgado-O'Neil,

    Plaintiff,

v.                                      ORDER
                                          Civil No. 10-4021 (MJD/JJK)

City of Minneapolis,

    Defendant.
_____

    Jill Clark, Jill Clark P.A., Counsel for Plaintiffs.
_____

This matter is before the Court on Plaintiff's request to file a motion for reconsideration of this Court's Order dated August 4, 2011 denying her motion to continue or for a modified briefing schedule.

The Local Rules for the District of Minnesota provide that a motion to reconsider can only be filed with the Court's express permission, and then, only "upon a showing of compelling circumstances." L.R. 7.1(g). The district court's decision on a motion for reconsideration rests within its discretion. Hagerman v. Yukon Energy Corp., 839 F.2d 407, 413 (8th Cir. 1988).

> Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence. Such motions cannot in any case be employed as a vehicle

>to introduce new evidence that could have been adduced during pendency of the summary judgment motion. The nonmovant has an affirmative duty to come forward to meet a properly supported motion for summary judgment. . . . Nor should a motion for reconsideration serve as the occasion to tender new legal theories for the first time.

Id. at 414 (citation omitted).  The Court has reviewed its August 4, 2011 Order and concludes that it contains no manifest errors of law or fact.  Accordingly, Plaintiff's request to file a motion for reconsideration will be denied.

IT IS HEREBY ORDERED that Plaintiff' request to file a motion for reconsideration is DENIED.

Date:   August 26, 2011

>s/ Michael J. Davis
>Michael J. Davis
>Chief Judge
>United States District Court