# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CV 10-4021 (MJD/JJK)

Julie Delgado-O'Neil,

v.                                                            **NOTICE**

City of Minneapolis.

---

The hearing on the Motion for Summary Judgment [100] scheduled for Friday, Friday, October 5, 2012 at 9:30 a.m. in the Minneapolis Federal Courthouse has been cancelled. Chief Judge Michael J. Davis will rule on Summary Judgment motion on the papers. The hearing scheduled for Friday, October 5, 2012 at 9:30 a.m. is hereby stricken from the court calendar.  Please call me at 612-664-5070 with any questions you may have.

Dated: September 28, 2012                    s/Kristine Wegner
                                                                           KRISTINE M. WEGNER
                                                                           Calendar Clerk to the
                                                                           Honorable Judge Michael J.
                                                                           Davis